E-FILED
Thursday, 22 June, 2006 02:56:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 06-3087 |
| DICKENS CONSULTING & CONSTRUCTION, INC., | ) ) ) ) | |
| Defendant. | ) | |

### ORDER DISMISSING CASE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

JEANNE E. SCOTT, U.S. District Judge:

This is before the Court on the Stipulation to Dismiss pursuant to Rule 41(a)(1)(ii) and the terms of a written Settlement Agreement, a copy of which is attached to the Stipulation to Dismiss and incorporated into this Order by reference, and the parties further agreeing in that Stipulation to Dismiss that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. Pursuant to Kokkonen v. Guardian Life Insurance Company of

<u>America</u>, 511 U.S. 375 (1994), this Court retains jurisdiction over this matter for the purpose of enforcing the terms of the written Settlement Agreement.

IT IS THEREFORE SO ORDERED.

ENTER: June 22, 2006.

       FOR THE COURT:

                                   s/ Jeanne E. Scott
                                   JEANNE E. SCOTT
                        UNITED STATES DISTRICT JUDGE